# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: GINA GARRISON-BENJAMIN  
2610 SHERMAN AVENUE   SSN-xxx-xx-9259  
ROCKFORD, IL  61101  

Case Number: 07-71109

Case filed on: 5/7/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | OSTLING & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | GRANDE PORTAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | GINA GARRISON-BENJAMIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GREAT ACCEPTANCE | 9,680.00 | 9,680.00 | 0.00 | 0.00 |
|  | Total Secured | 9,680.00 | 9,680.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROCK RIVER WATER RECLAMATION | 188.04 | 18.80 | 0.00 | 0.00 |
| 005 | VAUGHNS APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 1,368.93 | 136.89 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FOXVIEW APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ILLINOIS STUDENT ASSISTANCE COMM | 9,425.89 | 942.59 | 0.00 | 0.00 |
| 020 | LTD COMMODITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NCC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NEXTEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | T-MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PHILLIP BENJAMIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 62.00 | 0.00 | 0.00 | 0.00 |
| 037 | VATIV RECOVERY SOLUTIONS LLC | 62.00 | 6.20 | 0.00 | 0.00 |
|  | Total Unsecured | 11,106.86 | 1,104.48 | 0.00 | 0.00 |
|  | Grand Total: | 20,786.86 | 10,784.48 | 0.00 | 0.00 |

Total Paid Claimant: $0.00  
Trustee Allowance: $0.00  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                By  /s/Heather M. Fagan